1 Steven G. Rosales
Attorney at Law: 222224
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

5 Attorneys for Plaintiff
Iris Violeta Kilthau
6

7

**UNITED STATES DISTRICT COURT**
8 **CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
9

10

| | | |
|---|---|---|
| 11 | IRIS VIOLETA KILTHAU, | ) Case No.: 5:14-cv-01595-PLA |
| 12 | Plaintiff, | ) ORDER OF DISMISSAL |
| 13 | vs. | ) |
| 14 | CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| 15 | | ) |
| 16 | Defendant. | ) |
| 17 | | |

18
   The above captioned matter is dismissed with prejudice, each party to bear
19
its own fees, costs, and expenses.
20
   IT IS SO ORDERED.
21

22 DATE: June 8, 2015        *Paul L. Abrams* (signature)

23                            _____
                              THE HONORABLE PAUL L. ABRAMS
24                            UNITED STATES MAGISTRATE JUDGE

25

26

| | |
|---|---|
| 1   DATE: June 4, 2015 | Respectfully submitted, |
| 2 | LAW OFFICES OF LAWRENCE D. ROHLFING |

             /s/ *Steven G. Rosales*
       BY:_____
           Steven G. Rosales
           Attorney for plaintiff Iris Violeta Kilthau